**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

ROSS MATTHEW CATAFFO,

        Plaintiff,

v.                                    CIVIL ACTION NO.  2:26-cv-00338

ROBERT MURPHY, et al.,

        Defendants.

**ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On May 18, 2026, Judge Tinsley submitted his Proposed Findings & Recommendation [ECF No. 4] ("PF&R") and recommended that the court DENY Plaintiff's Application to Proceed Without Prepayment of Fees or Costs, [ECF No. 1], and DISMISS this action without prejudice. Neither party filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn,* 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court accepts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** Plaintiff's

Application to Proceed Without Prepayment of Fees or Costs, [**ECF No. 1**], **DISMISSES** this case without prejudice, and **DIRECTS** this action to be removed from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:      June 8, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2